Attorney Grievance Commission of Maryland v. Rachel A. Smith
[Misc. Docket AG, No. 75, September Term, 2017]

Rachel A. Smith has been indefinitely suspended by consent, effective June 8, 2018 by an Order of the Court, dated May 9, 2018.

Rachel A. Smith has been indefinitely suspended by consent, effective June 8, 2018 from the further practice of law in the State, and her name as an attorney at law has been stricken from the register of attorneys in this Court (Maryland Rule 19-761).

ATTORNEY GRIEVANCE COMMISSION
OF MARYLAND

       Petitioner,

v.

RACHEL A. SMITH

       Respondent.

\*      IN THE

\*      COURT OF APPEALS

\*      OF MARYLAND

\*      Misc. Docket AG No. 75

\*      September Term 2017

## O R D E R

Upon consideration of the Joint Petition for Indefinite Suspension by Consent filed herein pursuant to Maryland Rule 19-736, in which the Respondent admits she committed professional misconduct in violation of Rules 1.1, 1.3, 1.4(a) and (b) 1.5, 1.15(a), (c) and (d), 1.16(d), 8.1(b), and 8.4(a) and (d), of the Rules of Professional Conduct, it is this 15th day of May, 2018, hereby

**ORDERED,** that Respondent, Rachel A. Smith, be and she is hereby indefinitely suspended from the practice of law in the State of Maryland, and it is further,

**ORDERED**, that this suspension shall take effect thirty (30) days after the entry of this Order; and it is further,

**ORDERED,** that the Clerk of this Court shall remove the name of Rachel A. Smith from the register of attorneys in the Court and certify that fact to the Client Protection Fund of the Bar of Maryland all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761.

                        /s/ Clayton Greene Jr.
                        Senior Judge